Stephen D. Weisskopf, Esq. (State Bar No. 213596)
sweisskopf@levatolaw.com
Christopher E. Stiner, Esq. (State Bar No. 276033)
cstiner@levatolaw.com
LEVATOLAW, LLP
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180

Attorneys for Plaintiff
TORTILLA FACTORY, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORTILLA FACTORY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HUMM KOMBUCHA LLC, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-CV-9092-JAK-AFM<br>[Assigned to Hon. John A. Kronstadt]<br><br>**PLAINTIFF TORTILLA FACTORY'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR HUMM KOMBUCHA LLC'S FAILURE TO APPEAR AT MEDIATION**<br><br>Judge: Hon. John A. Kronstadt<br>Hearing Date: March 18, 2019<br>Hearing Time: 8:30 a.m.<br><br>Complaint Filed: December 19, 2017<br>Trial Date: Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, March 18, 2019 at 8:30 a.m., or as soon thereafter as this matter may be heard before the Honorable John A. Kronstadt in Courtroom 10B of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Tortilla Factory, LLC ("Tortilla Factory") pursuant to Local Rule 83-7, and the Court's inherent powers, will and hereby does move the Court for sanctions against defendant Humm Kombucha LLC ("Humm") for its bad faith and willful disobedience of Local Rule 16-15.5(b) and General Order 11-10 in the amount of Tortilla Factory's attorneys fees.

The Court ordered the parties to appear for mediation on October 22, 2018. Pursuant to General Order 11-10, sec. 8.5, the parties were to appear in person with full settlement authority. Tortilla Factory's principal, Michael Faye appeared with counsel. Counsel for Humm, Matthew Borden, appeared without any representative of Humm. Humm's principal was available by phone, however such an appearance is only permitted with the explicit authorization of the mediator. The mediator, Edward Lodgen, did not grant Humm such authorization.  No advance notice was provided counsel for Tortilla Factory that a representative from Humm would not appear in person for the mediation.

Prior to filing this motion, on October 30, 2018, Tortilla Factory complied with the requirement of General Order 11-10, sec. 10.2, to first report a violation to the chair of the Court's Alternative Dispute Resolution (ADR) Committee. (Declaration of Stephen D. Weisskopf, ¶ 7.)  The ADR Committee chair provided a letter response stating that this dispute involved no confidential information or other policy concerns that warranted the ADR Judge deciding this matter, rather than the presiding judge.  (Id., Ex. A.)  Accordingly, the ADR Committee chair instructed Tortilla Factory to file an appropriate motion with the Court.

Counsel for Tortilla Factory spent time drafting a mediation brief, preparing for mediation, traveling to and from, and appearing at mediation, the cost of which totals $7178. (Declaration of Stephen D. Weisskopf, ¶¶ 4-6.) Accordingly, Tortilla Factory asks for an order requiring Humm to pay the $7,178 in attorney fees Tortilla Factory incurred in preparing for and appearing at the mediation.

DATED: December 14, 2018          LEVATOLAW, LLP

By: /s/ Stephen D. Weisskopf
Stephen D. Weisskopf
Attorneys for Plaintiff TORTILLA FACTORY, LLC

## **DECLARATION OF STEPHEN D. WEISSKOPF**

I, STEPHEN D. WEISSKOPF, declare as follows:

1. I am an attorney, admitted to practice in California. I am a partner at LevatoLaw, LLP and am counsel for Plaintiff, Tortilla Factory, LLC ("Tortilla Factory"), in the above titled action. This declaration is submitted in support of Plaintiff Tortilla Factory's Request for Sanctions for Humm Kombucha LLC's Failure to Appear at Mediation. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify hereto.

2. The Court ordered the parties to appear for mediation October 22, 2018. Pursuant to General Order 11-10, sec. 8.5, the parties were to appear in person with full settlement authority. Tortilla Factory's principal, Michael Faye appeared with counsel. Counsel for Humm Kombucha LLC ("Humm"), Matthew Borden, appeared without any representative of Humm. Humm's principal was available by phone.

3. The mediator, Edward Lodgen, informed me that he did not grant Humm such authorization. No advance notice was provided me that a representative from Humm would not appear in person for the mediation.

4. I appeared on behalf of Tortilla Factory. My billable rate is $695 per hour. I spent 1.2 hours revising the mediation brief, 1 hour preparing myself and our client for the mediation, and 3 hours traveling to and from and attending the mediation.

5. My colleague, Christopher Stiner, also appeared on behalf of Tortilla Factory. Mr. Stiner's billable rate is $495 per hour. Mr. Stiner spent 3.2 hours drafting the mediation brief, 1 hour of preparing himself and our client for the mediation, and 3 hours traveling to and from and attending the mediation.

6. Therefore, total attorneys fees for the mediation were $7178.

7. Prior to filing this motion Tortilla Factory complied with the requirement of General Order 11-10, sec. 10.2, to first report a violation to the chair of the Court's Alternative Dispute Resolution (ADR) Committee. The ADR Committee chair provided a letter response stating that this dispute involved no confidential information or other policy concerns that warranted the ADR Judge deciding this matter, rather than the presiding judge. Attached hereto as Exhibit A is a true and correct copy of the ADR Committee chair's November 8, 2018 letter.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 14, 2018

/s/ Stephen D. Weisskopf
Stephen D. Weisskopf

# EXHIBIT A



**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE
411 WEST FOURTH STREET
SANTA ANA, CALIFORNIA 92701-4516

CHAMBERS OF
**JOSEPHINE L. STATON**
UNITED STATES DISTRICT JUDGE

TELEPHONE
(714) 338-4738
FAX
(714) 338-2908

November 8, 2018

Stephen D. Weisskopf
Christopher Eric Stiner
LevatoLaw LLP
2029 Century Park East, Suite 2910
Los Angeles, CA 90067

Matthew B. Borden
BraunHagey and Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104

    Re:    *Tortilla Factory, LLC v. Humm Kombucha LLC, et al.*,
            U.S.D.C. Case No. 17-09092 JAK (AFMx)

Dear Counsel:

    As the chair of the Court's Alternative Dispute Resolution (ADR) Committee, Plaintiff's Complaint under General Order 11-10, section 10.2, was forwarded to me. Based upon my review of the Complaint, it is my understanding that Plaintiff contends that the failure of Defendant Humm Kombucha LLC to have a representative present at the court-ordered mediation, without prior authorization from the panel mediator, violates General Order 11-10, section 8.5. Plaintiff seeks sanctions in the form of its attorneys' fees for preparing for the mediation, traveling to and from, and appearing at mediation.

    This matter was referred to the ADR Judge for "appropriate action." General Order 11-10, section 10.3.

Having reviewed Plaintiff's Complaint, dated October 30, 2018, which was unopposed, I have determined that this dispute involves no confidential information or other policy concerns that warrant the ADR Judge deciding this matter, rather than the judge presiding over this case.

Accordingly, the parties are instructed that if they wish to pursue this matter, they should file an appropriate motion before the assigned judge.

Sincerely,

Josephine L. Staton
United States District Judge
Chair, ADR Committee (ADR Judge)

cc: Gail Killefer, ADR Program Director