UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV17-09092 JAK (AFMx) | Date | February 11, 2019 |
|----------|---------------------------|------|-------------------|
| Title | Tortilla Factory, LLC v. Humm Kombucha, LLC, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---------------|-----------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stephen D. Weisskopf | Matthew B. Borden |

**Proceedings:**       **PLAINTIFF'S MOTION FOR SANCTIONS FOR HUMM KOMBUCHA LLC'S FAILURE TO APPEAR AT MEDIATION (DKT. 53)**

**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE ALEXANDER F. MACKINNON FOR A SETTLEMENT CONFERENCE AND CONTINUING POST MEDIATION STATUS CONFERENCE**

The motion hearing is held. Counsel are asked to state whether further settlement efforts would be productive, and if so, their views as to a recommended neutral. Defendant's counsel states that a settlement conference would be helpful following further discovery. Plaintiff's counsel states that one would be productive after expert disclosures, and he requests that a bench officer serve as the neutral. The parties agree to adhere to the current expert discovery cutoff of May 13, 2019, and to conduct a further settlement conference prior to May 31, 2019. Magistrate Judge MacKinnon will be asked to conduct the settlement conference, and to do so on or before May 31, 2019. Counsel shall contact Judge MacKinnon's Clerk no later than February 12, 2019 to schedule a mutually convenient date for the conference. The parties shall have a representative with settlement authority present at the conference, and the representative shall be a person other than counsel of record in this action. The parties shall also comply with all orders issued by Judge MacKinnon with respect to the settlement conference process.

On or before June 5, 2019, the parties shall file a joint report as to the procedural status of the settlement process. It shall not disclose the substantive contents of any discussions, but may state whether another session would be productive, and, if so, when. If a settlement is reached, the joint report shall be in the form of a notice of settlement, with a proposed date by which the matter will be dismissed. The Post Mediation Status Conference is **CONTINUED** from April 15, 2019 to June 10, 2019 at 1:30 p.m. No appearance will be required if a notice of settlement has been filed. Upon review of the joint report, the Court will determine whether the June 10 hearing is necessary.

Plaintiff's Motion for Sanctions for Humm Kombucha LLC's Failure to Appear at Mediation (Dkt. 53) and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**

| Case No. | LA CV17-09092 JAK (AFMx) | Date | February 11, 2019 |
|---|---|---|---|
| Title | Tortilla Factory, LLC v. Humm Kombucha, LLC, et al. | | |

Defendant's request for the imposition of sanctions pursuant to Fed. R. Civ. P. 11 are both **DENIED**. There is not sufficient good cause shown for either. Counsel are encouraged to turn the page on these disputes, and to make a good faith, collaborative effort to seek to resolve this action at the settlement conference with Judge MacKinnon.


**IT IS SO ORDERED.**

cc:   Judge Alexander F. MacKinnon

:          09

Initials of Preparer          ak